*#714003 #129012*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 OCT 27 PM 12: 42
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:      *      CASE # 07-32291 S
Judge Richard L. Speer

CHAPTER 13
*
Grabski, Heidi Joy and Adam Dean Grabski
Debtor      *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

The Trustee mailed a refund check#676742 dated 6/21/10 in the amount of $147.70 to the debtor(s), this check is now stale dated and the case is closed.

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 676742 | Grabski, Heidi Joy & Adam Dean<br>21804 Horton Road<br>Sheridan, IN 46069 | 147.70 | 6/21/10 |

Your trustee's check #714003 in the amount of $147.70 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 10/20/10

_____
John P. Gustafson
Trustee in Bankruptcy